UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| THOMAS X. KOTAB,<br><br>Plaintiff,<br><br>v.<br><br>BUREAU OF LAND MANAGEMENT, ANGELITA BULLETTS, CATRINA WILLIAMS,<br><br>Defendant. | Case No. 2:20-cv-01957-JAD-EJY<br><br>**ORDER** |

Before the Court is Plaintiff's Electronic Filing Request Per LR IC 2-1(b). ECF No. 3. Plaintiff requests permission to file electronically in the Court's CM/ECF filing system. The Court grants Plaintiff's request under Local Rule IC 2-1(b), which states that a "pro se litigant may request the court's authorization to register as a filer in a specific case."

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Electronic Filing Request Per LR IC 2-1(b) (ECF No. 3) is GRANTED.

IT IS FURTHER ORDERED that on or before November 23, 2020, Plaintiff must file a written certification that he has completed the CM/ECF tutorial and is familiar with Electronic Filing Procedures, Best Practices, and the Civil & Criminal Events Menu that are available on this Court's website at www.nvd.uscourts.gov. Plaintiff is not authorized to file electronically until the certification is filed with the Court within the time frame specified.

IT IS FURTHER ORDERED that the Clerk of Court shall forward the Request for CM/ECF Login and Password form, ECF No. 3 at 3, to the Help Desk to reconfigure Plaintiff's CM/ECF account.

Dated this 22nd day of October, 2020

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1