# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Thomas X. Kotab,

    Plaintiff,

v.

Bureau of Land Management,
Angelita Bulletts, and Catrina Williams

    Defendants.

Case No. 2:20-cv-01957-JAD-EJY

**Order Granting Defendants' Unopposed Motion to Extend Dispositive Motion Response Deadline (First Request to Extend Deadlines)**

[ECF No. 27]

    The Court has received Defendants Bureau of Land Management, Angelita Bulletts, and Catrina Williams' unopposed motion to extend their time to respond to Plaintiff Thomas X. Kotab's partial motion for summary judgment.[7] Good cause appearing, IT IS HEREBY ORDERED that defendants' unopposed motion for an extension of time [ECF No. 27] is GRANTED. Defendants' deadline to respond to Plaintiff's motion for summary judgment is continued from July 13, 2021, to August 23, 2021. Plaintiff's deadline to reply is continued from July 20, 2021, to September 6, 2021.

                                                            U.S. District Judge Jennifer A. Dorsey
                                                            Dated: July 7, 2021

---

[7] ECF No. 22.