# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS X. KOTAB,<br><br>    Plaintiff,<br><br>v.<br><br>Federal Bureau of Land Management, *et al.*,<br><br>    Defendants. | Case No. 2:20-cv-1957-JAD-EJY<br><br>**STIPULATION TO EXTEND BRIEFING SCHEDULE (FIRST REQUEST)** |

IT IS THEREFORE ORDERED that the briefing schedule in this matter shall be extended as follows:

. The Administrative Record shall be submitted to the Court and provided to Plaintiff's counsel no later than October 31, 2021;

2. If Plaintiff objects to the contents of the Administrative Record, Plaintiff shall, as appropriate, file a motion to supplement the record with additional materials or to redact specified materials from the record no later than November 30, 2021;

3. If such a motion is filed, Defendants shall respond to Plaintiff's motion regarding the contents of the Administrative Record no later than December 14, 2021;

4. If such a motion is filed, Plaintiff shall file a reply memorandum regarding the contents of the Administrative Record no later than December 21, 2021;

5. If no motion concerning the contents of the Administrative Record is filed, Plaintiff shall file its motion for summary judgment no later than November 12, 2021;

3

6. If no motion concerning the contents of the Administrative Record is filed, Defendant's cross-motion for summary judgment shall be due January 13, 2022. Defendant's cross motion shall also serve as Defendant's response to Plaintiff's motion for summary judgment.

7. If no motion concerning the contents of the Administrative Record is filed, Plaintiff shall file a response to Defendant's cross-motion for summary judgment, which shall also serve as a reply in support of Plaintiff's motion for summary judgment, no later than February 14, 2022.

8. If no motion concerning the contents of the Administrative Record is filed, Defendant shall file a reply in support of its cross-motion for summary judgment no later than March 14, 2022.

9. If a motion concerning the contents of the Administrative Record is filed, the deadline for Plaintiff's motion for summary judgment shall be 60 days after the Court's disposition of that motion;

10. If a motion concerning the contents of the Administrative Record is filed, Defendant's cross-motion for summary judgment, which shall also serve as Defendants response to Plaintiff's motion for summary judgment, shall be due 60 days after Plaintiffs filing;

11. If a motion concerning the contents of the Administrative Record is filed, Plaintiff may file a response to Defendant's cross-motion, which shall also serve as a reply

4

in support of Plaintiff's motion for summary judgment, 30 days after Defendant's cross-motion is filed; and,

12. If a motion concerning the contents of the Administrative Record is filed, Defendant may file a reply in support of its cross-motion for summary judgment 30 days after Plaintiff files its response.

Dated this 16th day of September, 2021.

_____
UNITED STATES MAGISTRATE JUDGE