| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | AUG 3 2022 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| THOMAS X. KOTAB,<br><br>　　　　Plaintiff-Appellee,<br><br>　v.<br><br>BUREAU OF LAND MANAGEMENT; et al.,<br><br>　　　　Defendants-Appellants. | No.　22-15810<br><br>D.C. No. 2:20-cv-01957-JAD-EJY<br>District of Nevada,<br>Las Vegas<br><br>ORDER |

Appellants' unopposed motion (Docket Entry No. 2) for voluntary dismissal is granted. This appeal is dismissed. Fed. R. App. P. 42(b).

This order served on the district court acts as the mandate of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Lorela Bragado-Sevillena
Deputy Clerk
Ninth Circuit Rule 27-7

01AUG2022/Pro Mo